Abran E. Vigil
Nevada Bar No. 7548
Holly Ann Priest
Nevada Bar No. 13226
Ballard Spahr LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for PHH Mortgage Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHH Mortgage Corporation<br><br>              Plaintiff,<br><br>vs.<br><br>SFR Investments Pool 1, LLC, a Nevada limited liability company; Centennial Park Homeowners Association, a Nevada non-profit corporation; Andrew E. Cato, an individual<br><br>              Defendants. | CASE NO. 2:16-cv-01648-GMN-CWH<br><br>**STIPULATION AND ORDER RE: DEMAND FOR SECURITY COSTS** |

PHH Mortgage Corporation ("PHH"), and defendant SFR Investments Pool 1, LLC ("SFR"), by and through counsel, stipulate to allow entry of an order for the deposit of a check in the amount of $500.00 by PHH with the Clerk of the Court in compliance with NRS 18.130.  On August 5, 2016, Defendant filed and served a Demand for Security of Costs Pursuant to NRS 18.130(1) [ECF 8].  In compliance with the statute, the parties stipulate for an order permitting the deposit of $500 pursuant to NRS 18.130.

The parties further stipulate that, pursuant to NRS 18.130, SFR shall answer or otherwise plead to the Complaint within 10 days of notice that the funds

///

///

DMWEST #14759329 v1

1  have been deposited with the Court.

2  Dated: this 24th day of August, 2016.

| BALLARD SPAHR LLP | KIM GILBERT EBRON |
|---|---|
| /s/ Holly Ann Priest | /s/ Diana Cline Ebron |
| Abran E. Vigil, Esq.<br>Nevada Bar No. 7548<br>Holly Ann Priest<br>Nevada Bar No. 13226<br>100 North City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br><br>*Attorneys for PHH Mortgage Corporation* | Diana Cline Ebron<br>Nevada Bar No. 10580<br>Jackie A. Gilbert<br>Nevada Bar No. 10593<br>Karen Hanks<br>Nevada Bar No. 9578<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, Nevada 89014<br><br>*Attorneys for SFR Investments Pool 1, LLC* |

DMWEST #14759329 v1

# ORDER

**FOR GOOD CAUSE APPEARING**, and based upon the foregoing stipulation:

**IT IS HEREBY ORDERED** that, pursuant to NRS 18.130, PHH shall deposit with the Clerk of the Court $500.00.

**IT IS HEREBY FURTHER ORDERED**, that, pursuant to NRS 18.130, PHH shall notify SFR of the deposit, and SFR shall have ten (10) days from the date of such notice to answer or otherwise plead to the Complaint.

_____
U.S. DISTRICT COURT JUDGE
Dated: August 25, 2016

Respectfully submitted,

BALLARD SPAHR LLP


 /s/ Holly Ann Priest
Abran E. Vigil, Esq.
Nevada Bar No. 7548
Holly Ann Priest
Nevada Bar No. 13226
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000

*Attorneys for PHH Mortgage Corporation*

3

DMWEST #14759329 v1