ASHLIE L. SURUR, ESQ.
Nevada Bar No. 11290
asurur@lawhjc.com

**Hall, Jaffe & Clayton, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702)316-4114

*Attorneys for Centennial Park Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHH Mortgage Corporation;<br><br>          Plaintiff,<br><br>vs.<br><br>SFR Investments Pool 1, LLC, a Nevada limited liability company; Centennial Park Homeowners Association, a Nevada Non-profit corporation; Andrew E. Cato, an individual<br><br>          Defendants. | Case No.:  2:16-CV-01648-GMN-CWH<br><br>**STIPULATION TO EXTEND TIME FOR CENTENNIAL PARK HOMEOWNERS ASSOCIATION  TO RESPOND TO COMPLAINT**<br><br>(FIRST REQUEST) |

The parties, by and through their respective attorneys, stipulate as follows:

1.     PHH Mortgage Corporation filed its Complaint on July 13, 2016.  (ECF No. 1).

2.     Counsel for Centennial Park Homeowners Association filed a notice of appearance on September 15, 2016.  (ECF No. 16).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3. The parties agree that there is good cause to extend the time for Centennial Park Homeowners Association to file and serve a response to the Complaint (ECF No. 1) to Friday, **September 30, 2016**.

| Dated: September 21, 2016. | Dated: September 21, 2016. |
|---|---|
| HALL, JAFFE & CLAYTON, LLP | BILLARD SPAHR LLP |
| By: /s/Ashlie L. Surur<br>Ashlie L. Surur, Esq.<br>Nevada Bar No.11290<br>7425 Peak Drive<br>Las Vegas, Nevada 89128<br>*Attorneys for Centennial Park Homeowners Association* | By: /s/Holly A Priest<br>Abran E. Vigil, Esq.<br>Nevada Bar No. 7548<br>Holly Ann Priest, Esq.<br>Nevada Bar No. 13226<br>100 N. City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br>*Attorneys for PHH Mortgage Corporation* |
| Dated: September 22, 2016.<br><br>KIM GILBERT EBRON<br><br>By: /s/Karen Hanks<br>Diana Cline Ebron, Esq.<br>Nevada Bar. No. 10580<br>Howard C. Kim, Esq.<br>Nevada Bar. No. 10386<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar. No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar. No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for SRF Investments Pool 1, LLC* | |

**ORDER**

IT IS SO ORDERED.

DATED: September 23, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE