Diana Cline Ebron, Esq.
Nevada Bar No. 10580
E-mail: diana@KGELegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
E-mail: jackie@KGELegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@KGELegal.com
Kim Gilbert Ebron
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHH MORTGAGE CORPORATION,<br><br>            Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company; CENTENNIAL PARK HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; ANDREW E. CATO, an individual,<br><br>            Defendants.<br>_____<br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>            Counter/Cross Claimant,<br><br>vs.<br><br>PHH MORTGAGE CORPORATION; and ANDREW E. CATO, an individual,<br><br>            Counter/Cross Defendant. | Case No. 2:16-cv-01648-GMN-CWH<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANTS TO RESPOND TO PHH MORTGAGE'S MOTION FOR JUDGMENT ON THE PLEADINGS OR ALTERNATIVELY FOR SUMMARY JUDGMENT [ECF NO. 29]** |

SFR Investments Pool 1, LLC ("SFR" or "Defendant"), CENTENNIAL PARK HOMEOWNERS ASSOCIATION ("Defendant" or "Association") and Plaintiff PHH MORTGAGE CORPORATION ("PHH" or "Plaintiff"), by and through their respective

- 1 -

counsel, hereby agree and stipulate as follows:

**IT IS HEREBY AGREED AND STIPULATED** that the deadline for Defendants to file their response to Plaintiff's Motion for Judgment on the Pleadings, or in the alternative, for Summary Judgment [ECF No. 29] is extended from December 9, 2016 to **Tuesday, December 20, 2016** to accommodate the schedules of the Defendants' counsel. The parties also stipulate and agree that Plaintiff's reply in support of its Motion shall be extended to **Friday, January 13, 2017**.

This is the parties' first request for extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 8th day of December, 2016.

**KIM GILBERT EBRON**

/s/ *Diana Cline Ebron*
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax:    (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

DATED this 8th day of December, 2016.

**HALL JAFFE & CLAYTON, LLP**

/s/ *Ashlie Surur*
Ashlie L. Surur, Esq.
Nevada Bar No. 11290
Hall Jaffe &Clayton, LLP
7425 Peak Drive
Las Vegas, NV 89128
702−316−4111
Fax: 702−316−4114
*Counsel for Centennial Park Homeowners Association*

DATED this 8th day of December, 2016.

**BALLARD SPAHR, LLP**

/s/ *Holly Ann Priest*
Holly Ann Priest, Esq.
Nevada Bar No. 13226
Ballard Spahr
100 North City Parkway, Suite 1750
Las Vegas, NV 89106
702-471-7000
Fax: 702-471-7070
*Attorneys for PHH Mortgage Corporation*

**ORDER**

**IT IS SO ORDERED.**

DATED this __9__ day of December, 2016.

_____
**Gloria M. Navarro, Chief Judge**
UNITED STATES DISTRICT JUDGE

1  *Respectfully submitted by:*

2  **KIM GILBERT EBRON**

3  /s/ *Diana Cline Ebron*
   Diana Cline Ebron, Esq.
4  Nevada Bar No. 10580
   Jacqueline A. Gilbert, Esq.
5  Nevada Bar No. 10593
   Karen L. Hanks, Esq.
6  Nevada Bar No. 9578
   7625 Dean Martin Dr., Suite 110
7  Las Vegas, Nevada 89139
   *Attorneys for SFR Investments Pool 1, LLC*

- 3 -