Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
Ballard Spahr LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for PHH Mortgage Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| PHH Mortgage Corporation<br><br>              Plaintiff,<br><br>vs.<br><br>SFR Investments Pool 1, LLC, a Nevada limited liability company; Centennial Park Homeowners Association, a Nevada non-profit corporation; Andrew E. Cato, an individual<br><br>              Defendants. | CASE NO. 2:16-cv-01648-GMN-CWH<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY**<br><br>**(First Request)** |
| SFR Investments Pool 1, LLC, a Nevada limited liability company,<br><br>              Counter/Crossclaimant,<br><br>vs.<br><br>PHH Mortgage Corporation; and Andrew E. Cato, an individual<br><br>              Counter/Crossdefendants. | |

Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff/Counter-Defendant PHH Mortgage Corporation ("PHH"), Defendant/Counterclaimant SFR Investments Pool 1, LLC ("SFR"), and Defendant Centennial Park Homeowners Association (together with SFR and PHH, the "Parties"), through their respective attorneys, stipulate as follows:

1.  The Ninth Circuit Court of Appeals has determined that the statute at issue in this case violates due process. *See Bourne Valley Court Trust v. Wells Fargo Bank, N.A.*, 832 F.3d 1154 (9th Cir. 2016) (hereinafter "*Bourne Valley*").

2.  Based on *Bourne Valley*, PHH filed a Motion for Judgment on the Pleadings or Alternatively For Summary Judgment ("Motion for Judgment on the Pleadings") (ECF No. 29) on November 22, 2016 as well as a Motion to Stay Discovery pending the outcome of the Motion for Judgment on the Pleadings (ECF No. 30) on December 5, 2016.

3.  The Parties stipulated to modify the briefing schedule for the Motion for Judgment on the Pleadings to provide SFR until December 20, 2016 to file a response and PHH until January 13, 2017 to file a reply.

4.  On November 18, 2016, SFR filed a Motion to Certify a Question of Law to Nevada's Supreme Court ("Motion to Certify") (ECF No. 28), which also involves the meaning of the statute at issue in this case.

5.  Discovery currently is set to close on May 22, 2017.

6.  To avoid wasting resources and incurring potentially unnecessary expense associated with discovery, the Parties stipulate and agree to stay all discovery deadlines pending a resolution on the Motion for Judgment on the Pleadings and the Motion to Certify. As a matter of clarification, this Stipulation is limited to a stay of ***discovery only***, and the Parties therefore respectfully request that the Court proceed to decide the Motion for Judgment on the Pleadings and the Motion to Certify in the normal course.

7.  Given that the Parties submit this Stipulation in the midst of discovery, the Parties also stipulate and agree that they will move for an enlargement of time to conduct discovery if and when the stay is lifted.

8.  The Parties further stipulate and agree that no Party claiming an interest in 8909 Topaz Springs Court, Las Vegas, Nevada 89149 (the "Property"),

1  shall transfer or attempt to transfer such claimed interest in the Property during the
2  pendency of this stay.
3      9.   The stay may be lifted by stipulation of the Parties or by motion.
4      10.  The Parties make this stipulation in good faith and not for purposes of
5  delay.

Dated: December 21, 2016

BALLARD SPAHR LLP

By: /s/ Holly Ann Priest
    Joel E. Tasca
    Nevada Bar No. 14124
    Holly Ann Priest
    Nevada Bar No. 13226
    100 North City Parkway, Suite 1750
    Las Vegas, Nevada 89106

    *Attorneys for PHH Mortgage Corporation*

Dated: December 21, 2016

KIM GILBERT EBRON

By: /s/ Diana Cline Ebron
    Diana Cline Ebron, Esq.
    Howard C. Kim, Esq.
    Karen L. Hanks, Esq.
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139
    *Attorneys for SFR Investments Pool 1, LLC*

Dated: December 21, 2016

HALL JAFFE & CLAYTON, LLP

By: /s/ Ashlie L. Surur
    Ashlie L. Surur, Esq.
    Nevada Bar No. 11290
    asurur@lawhjc.com
    Hall, Jaffe & Clayton, LLP
    7425 Peak Drive
    Las Vegas, Nevada 89128

    *Attorneys for Centennial Park Homeowners Association*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  12-22-16

3

DMWEST #15262423 v3