1   Joel E. Tasca
    Nevada Bar No. 14124
2   Holly Ann Priest
    Nevada Bar No. 13226
3   Lindsay Demaree
    Nevada Bar No. 11949
4   Ballard Spahr LLP
    100 North City Parkway, Suite 1750
5   Las Vegas, Nevada 89106
    Telephone: (702) 471-7000
6   Facsimile: (702) 471-7070
    tasca@ballardspahr.com
7   priesth@ballardspahr.com

8   *Attorneys for PHH Mortgage Corporation*

9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11

| | |
|---|---|
| 12   PHH Mortgage Corporation | CASE NO. 2:16-cv-01648-GMN-CWH |
|             Plaintiff, | |
| 13   vs. | |
| 14   SFR Investments Pool 1, LLC, a Nevada limited liability company; Centennial Park Homeowners Association, a Nevada non-profit corporation; Andrew E. Cato, an individual | STIPULATION AND ORDER EXTENDING DEADLINE FOR PHH MORTGAGE CORPORATION'S REPLY IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS OR ALTERNATIVELY FOR SUMMARY JUDGMENT [ECF NO. 29] |
| 15 | |
| 16 | |
| 17             Defendants. | |
| 18   SFR Investments Pool 1, LLC, a Nevada limited liability company, | **(First Request)** |
| 19 | |
|             Counter/Crossclaimant, | |
| 20 | |
|   vs. | |
| 21 | |
| 22   PHH Mortgage Corporation; and Andrew E. Cato, an individual | |
| 23             Counter/Crossdefendants. | |

24         Pursuant to Local Rule LR IA 6-1, Plaintiff/Counter-Defendant PHH Mortgage

25 Corporation ("PHH") and Defendant/Counterclaimant SFR Investments Pool 1, LLC

26 ("SFR"), through their respective attorneys, stipulate that PHH has up to and

27 including January 20, 2017 to file a Reply in Support of Motion for Judgment on the

28 Pleadings or Alternatively for Summary Judgment [ECF No. 29].  This is PHH's first

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

DMWEST #15376427 v1

request[1] for an extension for its reply brief and is not intended to cause delay or

prejudice to any party.

Dated: January 12, 2016

BALLARD SPAHR LLP


By: /s/ *Lindsay Demaree*
    Joel E. Tasca
    Nevada Bar No. 14124
    Holly Ann Priest
    Nevada Bar No. 13226
    Lindsay Demaree
    Nevada Bar No. 11949
    100 North City Parkway, Suite 1750
    Las Vegas, Nevada 89106

*Attorneys for PHH Mortgage
Corporation*

Dated: January 12, 2016

KIM GILBERT EBRON


By: /s/ *Diana Cline Ebron*
    Diana Cline Ebron, Esq.
    Nevada Bar No. 10580
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1,
LLC*

**IT IS SO ORDERED.**

Dated this __13__ day of January, 2017.


_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

---

[1] The parties previously stipulated to extend the deadline for SFR's opposition brief. *See* ECF No. 37. This stipulation set a new corresponding reply deadline.

2

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

DMWEST #15376427 v1