Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
Kyle A. Ewing
Nevada Bar No. 14051
Ballard Spahr LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com
ewingk@ballardspahr.com

*Attorneys for PHH Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHH Mortgage Corporation<br><br>    Plaintiff,<br><br>vs.<br><br>SFR Investments Pool 1, LLC, a Nevada limited liability company; Centennial Park Homeowners Association, a Nevada non-profit corporation; Andrew E. Cato, an individual<br><br>    Defendants. | CASE NO. 2:16-cv-01648-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE**<br><br>**(First Request)** |
| SFR Investments Pool 1, LLC, a Nevada limited liability company,<br><br>    Counter/Crossclaimant,<br><br>vs.<br><br>PHH Mortgage Corporation; and Andrew E. Cato, an individual<br><br>    Counter/Cross-Defendants. | |

Plaintiff PHH Mortgage Corporation ("PHH"), Defendant SFR Investments Pool 1, LLC ("SFR") and Defendant Centennial Park Homeowners Association ("HOA") (collectively, the "Parties"), stipulate as follows:

1. The Parties agree to extend the deadline for PHH to file a reply in further support its Motion to Substitute (ECF No. 55) filed on November 11, 2017. The Parties agree to extend the deadline to file the reply to December 29, 2017.

2. This is the first request for an extension of time. The Parties' request for this extension is not intended to cause any delay or prejudice to any party. Rather, this brief extension will accommodate the schedule of counsel given the upcoming holiday and conflicts with the current deadlines.

| | |
|---|---|
| BALLARD SPAHR LLP | KIM GILBERT EBRON |
| By: /s/ Holly Ann Priest <br> Joel E. Tasca <br> Nevada Bar No. 14124 <br> Holly Ann Priest <br> Nevada Bar No. 13226 <br> Kyle A. Ewing <br> Nevada Bar No. 14051 <br> 100 North City Parkway, Suite 1750 <br> Las Vegas, Nevada 8910 <br> *Attorneys for Plaintiff* | By: /s/ Diana S. Ebron <br> Diana S. Ebron, Esq. <br> Nevada Bar No. 10580 <br> Jacqueline A. Gilbert, Esq. <br> Nevada Bar No. 10593 <br> Karen L. Hanks, Esq. <br> Nevada Bar no. 9578 <br> 7625 Dean Martin Dr., Suite 110 <br> Las Vegas, Nevada 89139 <br> *Attorneys for Defendant/Counter-Claimant/Cross-Claimant SFR Investments Pool 1, LLC* |

HALL, JAFFE & CLAYTON, LLP

By: /s/ Ashlie L. Surur
Ashlie L. Surur, Esq.
Nevada Bar No. 11290
745 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant Centennial Park Homeowners Association*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 18, 2017

DMWEST #16448950 v1    2