Joel E. Tasca
Nevada Bar No. 14124
Holly Ann Priest
Nevada Bar No. 13226
Ballard Spahr LLP
1980 Festival Plaza Dr., Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for PHH Mortgage Corporation
and Lakeview Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Lakeview Loan Servicing, LLC, | CASE NO. 2:16-cv-01648-GMN-CWH |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING DEADLINE FOR LAKEVIEW LOAN SERVICING, LLC'S RESPONSE TO THE MOTION FOR SUMMARY JUDGMENT [ECF NO. 70]** |
| SFR Investments Pool 1, LLC, a Nevada limited liability company; Centennial Park Homeowners Association, a Nevada non-profit corporation; Andrew E. Cato, an individual | |
| Defendants. | **(First Request)** |
| SFR Investments Pool 1, LLC, a Nevada limited liability company, | |
| Counter/Crossclaimant, | |
| vs. | |
| PHH Mortgage Corporation; and Andrew E. Cato, an individual | |
| Counter/Cross-Defendants. | |

Pursuant to Local Rule LR IA 6-1, Plaintiff Lakeview Loan Servicing, LLC

("Lakeview") and Defendant/Counterclaimant SFR Investments Pool 1, LLC ("SFR"),

through their respective attorneys, stipulate that, due to the scheduled vacation of

Ballard Spahr LLP
1980 Festival Plaza Dr., Suite 900
Las Vegas, Nevada 89135
(702) 471-7000 FAX (702) 471-7070

counsel for Lakeview, Lakeview has up to and including July 10, 2018 to file a Response to the Motion for Summary Judgment [ECF No. 70]. This is Lakeview's first request for an extension for its response and is not intended to cause delay or prejudice to any party.

Dated: June 15, 2017

BALLARD SPAHR LLP

By: /s/ *Holly Ann Priest*
    Joel E. Tasca
    Nevada Bar No. 14124
    Holly Ann Priest
    Nevada Bar No. 13226
    1980 Festival Plaza Dr., Suite 900
    Las Vegas, Nevada 89135

*Attorneys for PHH Mortgage Corporation and Lakeview Loan Servicing, LLC*

Dated: June 15, 2017

KIM GILBERT EBRON

By: /s/ *Diana S. Ebron*
    Diana S. Ebron, Esq.
    Nevada Bar No. 10580
    7625 Dean Martin Drive, Suite 110
    Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1, LLC*

Dated this 20 day of June, 2018.

**IT IS SO ORDERED:**

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

DMWEST #17832246 v1