# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LAKEVIEW LOAN SERVICING, LLC,

        Plaintiff,

vs.

SFR INVESTMENTS POOL 1, LLC, *et al.*,

        Defendants.

Case No.: 2:16-cv-01648-GMN-CWH

**ORDER**

On April 1, 2020, the United States Court of Appeals for the Ninth Circuit issued a mandate, (ECF No. 93), indicating that Plaintiff's appeal was voluntarily dismissed pursuant to Federal Rule of Appellate Procedure 42(b). The Court subsequently entered its Order, (ECF No. 95), spreading the mandate upon the records of this Court. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **REOPEN this case**.

**IT IS FURTHER ORDERED** that in light of Magistrate Judge Carl Hoffman's retirement, the Clerk of Court shall randomly **REASSIGN this case to a magistrate judge**.

**IT IS FURTHER ORDERED** that the parties shall have until June 2, 2020, to file their respective dispositive motions.

**DATED** this __4__ day of April, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court